## AMERICAN LEGION POST NO. 51 v. PENNSYLVANIA.

No. 881.   Decided June 20, 1960.

*Anthony Cavalcante* for appellant.

*Anne X. Alpern,* Attorney General of Pennsylvania, and *Frank P. Lawley, Jr.,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question.